UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

**UNITED STATES OF AMERICA**

v.                 6:12-cr-001-06

**EDDIE LITTLES,**

**Defendant.**

## ORDER

Eddie Littles filed a letter requesting "the Court to address the issue of Proper Counsel for the Appeal Process." ECF No. 383. Because the United States Court of Appeals for the Eleventh Circuit has already appointed Littles's trial counsel to continue to represent him on appeal, ECF No. 389, Littles's request, ECF No. 383, must be *DENIED*.

The Eleventh Circuit Court of Appeals Plan under the Criminal Justice Act requires Defendant's previously appointed counsel to continue representing Defendant during his appeal unless counsel has been relieved by order of the Eleventh Circuit. 11th Cir. R. add. 4(d)(2) ("If a party was represented in the district court by counsel appointed under the Act, such counsel shall be mindful of the obligation and responsibility to continue representation on appeal until either successor counsel is appointed under the Act or counsel is relieved by order of this court [i.e. the Eleventh Circuit]."), *id.* (d)(6) ("In all cases appealed by counsel appointed by the district court under the Act, if such counsel has not previously been relieved by this court, the clerk shall continue trial counsel's appointment for purposes of further representation on appeal."), *id.* (e)(1) ("[C]ounsel appointed under the Act to represent a party in district court shall continue such representation until either successor counsel is appointed under the Act or counsel is relieved by order of the court of appeals.").

If Littles or his counsel seeks a change in counsel, they must seek such relief from the Eleventh Circuit Court of Appeals. Accordingly, Littles's request, ECF No. 383, is *DENIED*.

This 25 day of April, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA